# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVE HAYES,

           Plaintiff,

   v.

UNITED PARCEL SERVICE, INC., et al.

           Defendants.

Case No.  1:24-cv-01567-KES-SKO

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

(Doc. 24)

Having considered the parties' Joint Motion to Amend the Scheduling Order ("Joint Motion"), (Doc. 24), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the May 14, 2025 Scheduling Order, (Doc. 14), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.  Additionally, the Court reminds the parties that they may jointly contact Courtroom Deputy Wendy Kusamura at wkusamura@caed.uscourts.gov to schedule a settlement conference.

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | February 6, 2026 | June 5, 2026 |
| Disclosure of Experts | February 27, 2026 | June 26, 2026 |
| Disclosure of Rebuttal Experts | March 13, 2026 | July 17, 2026 |
| Expert Discovery Deadline | April 10, 2026 | August 14, 2026 |
| Non-Dispositive Motions (filing deadline) | April 29, 2026 | August 26, 2026 |
| Non-Dispositive Motions (hearing deadline) | June 3, 2026 | September 30, 2026 |
| Dispositive Motions (filing deadline) | May 22, 2026 | September 14, 2026 |
| Dispositive Motions (hearing deadline) | June 29, 2026 | October 19, 2026 |
| Pretrial Conference | October 26, 2026 | February 8, 2027 |
| Trial | January 5, 2027 | April 6, 2027 |

IT IS SO ORDERED.

Dated:   **January 13, 2026**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2